**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JANICE OSBORNE** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO.** |
| § | **3-08CV1238-L** |
| § | |
| § | |
| **LEDCOR CONSTRUCTION, INC.** § | |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41 (a)(1)(ii).

1. Plaintiff is Janice Osborne. Defendant is Ledcor Construction, Inc.

2. On July 21, 2008, Plaintiff sued Defendant for alleged violations of the Fair Labor Standards Act.

3. On March 31, 2009, the parties mediated Plaintiff's claims, and the parties entered into a settlement agreement.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This dismissal is with prejudice to refiling.

Dated: May 4, 2009

APPROVED AS TO FORM AND
SUBSTANCE:

/s/ Phil R. Jones_____
Counsel for Defendant Ledcor Construction, Inc.

Respectfully submitted,

/s/ DeLeith Duke Gossett_____
DeLeith Duke Gossett
State Bar No. 24036662
Rosemary Sage Jones (Lead Attorney)
State Bar No. 17519275
Ramey & Flock PC
100 E. Ferguson, Suite 500

Tyler, TX  75702-0629<br>
Tel. (903) 597-3301<br>
Fax (903) 597-2413<br>
E-Mail: dgossett@rameyflock.com

## **CERTIFICATE OF CONFERENCE**

On May 5, 2009, I contacted Phil R. Jones, counsel for Defendants, and was informed that Defendant agrees to the stipulation to dismiss with prejudice.

/s/ DeLeith Duke Gossett_____<br>
DELEITH DUKE GOSSETT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2009, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ DeLeith Duke Gossett_____<br>
DELEITH DUKE GOSSETT